SO YOUNG LEE (#327963)
soyoungl@advancingjustice-alc.org
ASEEM MEHTA (#338020)
aseemm@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 213-4161
Fax: (415) 896-1702

*Attorneys for Petitioner-Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS ORLANDO RIVERA-TRIGUEROS,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>MOISES BECERRA, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; PATRICK J. LECHLEITNER, Acting Director, United States Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; and MERRICK GARLAND, United States Attorney General,<br><br>Respondents-Defendants. | Case No. 3:23-cv-05781-RFL<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF;**<br><br>**ORDER** |

Subject to the Court's approval, Petitioner-Plaintiff and Respondents-Defendants, through their undersigned counsel of record, hereby stipulate as follows:

1. Respondents-Defendants will file their return of no more than 25 pages to Petitioner-Plaintiff's Petition for Writ of Habeas Corpus and Complaint on or before December 4, 2023 at 2:00 pm;
2. Petitioner-Plaintiff will file his traverse of no more than 15 pages on or before December 13, 2023.
3. Petitioner-Plaintiff believes that the matter can be decided expeditiously without a hearing. Of course, Petitioner-Plaintiff is available to participate in a hearing if the Court decides it is necessary.

IT IS SO STIPULATED.

Respectfully submitted,

AAAJ – ASIAN LAW CAUCUS

Dated: November 20, 2023     By:     */s/ So Young Lee*
                                     SO YOUNG LEE

                                     Attorneys for Petitioner-Plaintiff

UNITED STATES ATTORNEY'S OFFICE

Dated: November 20, 2023     By:     ***/s/ Jevechius Bernardoni*
                                     JEVECHIUS D. BERNARDONI
                                     Assistant United States Attorney

                                     Attorneys for Respondents-Defendants

                                     ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of the document has obtained approval from this signatory.

STIPULATION AND ORDER                    Case No. 3:23-cv-05781-RFL

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 4, 2023

_____
RITA F. LIN
United States District Judge

STIPULATION AND ORDER                              Case No. 3:23-cv-05781-RFL